**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Deutsche Bank National Trust Company**

    **Plaintiff,**                                                             **Case No. 1:07CV2282**

    vs.

                                                                        **Judge Boyko**
                                                                         **Magistrate Judge Perelman**

**Carol A. Moore, et al.**

    **Defendants.**

**ANSWER OF STATE OF OHIO, DEPARTMENT OF TAXATION**

For its answer to the complaint, the State of Ohio, Department of Taxation, states the following:

1. This defendant admits it has an interest in the subject property by virtue of the certificate(s) of judgment set forth in Exhibit A.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of those averments which are not specifically admitted in this answer.

Wherefore, defendant State of Ohio, Department of Taxation, requests that its liens be accorded their rightful priority and be paid (with accrued interest) out of the sale proceeds and that it be granted any other appropriate relief.

        Respectfully submitted,

        Marc Dann (0039425)
        Attorney General of Ohio


        /s/ Joseph T. Chapman
        Joseph T. Chapman (0072326)
        Assistant Attorney General
        Collections Enforcement Section
        150 East Gay Street, 21st Floor
        Columbus, OH 43215-3130
        (614) 466-8671
        (614) 752-9070 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Answer were served by regular U.S. Mail on this 23rd day of August, 2007, and all interested parties.

                                            /s/ Joseph T. Chapman
                                            Joseph T. Chapman (0072326)
                                            Assistant Attorney General

**Benjamin N. Hoen**
323 W. Lakeside Ave., Suite 200
Cleveland, OH  44113

**216-685-1170**

Carol A. Moore
PO Box 15193
Cleveland, OH  44115

John Doe, Unknown Spouse
of Carol A. Moore
PO Box 15193
Cleveland, OH  44115