**EXHIBIT A**

**>FORECLOSURE   LIEN# 6009248**
**ACCOUNT# 6009248 PIT100 DEPARTMENT OF TAXATION**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* CLERK INFO \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**ISS DT   CTY   JDG DT   CASE#     DOCK#     PAGE#     STAT   BY**

**1- 12-02-06 CUYAH 02-22-07  ST07142749  284       287846      FILED   AG**

**MOORE, CAROL A 1770 ALCOY RD CLEVELAND OH 44112**

**\*\* Amounts may not include all accrued interest.**