AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF OHIO

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE

V.

CAROL A. MOORE

**SUMMONS IN A CIVIL CASE**

Case Number: 1:07CV2282

Judge: Boyko

Magistrate Judge: Perelman

TO: (Name and address of defendant)

JOHN DOE, UNKNOWN SPOUSE OF
CAROL A. MOORE
8107 LINWOOD AVE.
CLEVELAND,, OHIO 44103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin N. Hoen
323 West Lakeside Avenue, Suite 200
Cleveland, OH 44113

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: July 30, 2007

(By) Deputy Clerk

AO 440 (Rev 8/06) Summons in a Civil Action

## RETURN OF SERVICE

**DATE:** 16 AUG 2007

Service of the Summons and Complaint was made by me

**Name of SERVER (PRINT):** Roger Spies

**TITLE:** Special Process Server

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: 8107 Linwood Ave Cleveland Ohio 44103

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☑ Returned unexecuted: Attempted service and was told by a tenant named Anthony Elder that Carol Moore did not reside there

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $82.50   | 82.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:
( Date )

Signature of Server

Address of Server: 1280 SOM Center #240 Cleveland OH 44124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure