## ASSIGNMENT OF MORTGAGE

For valuable consideration received, Argent Mortgage Company, LLC , ("Assignor") hereby assigns to:

Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc. Asset-Backed Pass -Through Certificates, Series 2006-W4 under the Pooling and Servicing Agreement dated as of April 1, 2006, without Recourse., whose address is c/o AMC Mortgage Services, Inc., 10801 6th Street, Suite 130, Rancho Cucamonga, CA 91730, its successors and assigns, all of its right, title, and interest in and to the certain Mortgage Deed referenced below, together with the indebtedness secured thereby.

Mortgagor(s): Carol A. Moore, unmarried
Recording Date: March 8, 2006
Recording Reference: as Instrument number 200603080522
Legal Description: See Exhibit "A" attached hereto.

Dated this 13th day of August, 2007.

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY – 2
RELA 08/21/2007 09:48:53 AM
**200708210024**

Argent Mortgage Company, LLC
By: AMC Mortgage Services, Inc., Attorney-in-Fact

By: _____
Tamara Price
Title: Vice President

*P.O.A #200608170496

State of California     )
                        ) SS.
County of San Bernardino )

Before me, a Notary Public in and for said county and state personally appeared Argent Mortgage Company, LLC by AMC Mortgage Services, Inc., as Attorney-in-Fact for Assignor, by Tamara Price, its Vice President, who acknowledged that he/she did execute the foregoing instrument for and on behalf of AMC Mortgage Services, Inc., as Attorney-in-Fact for Assignor, as duly authorized by resolution, and that the same constitutes the free act and deed of Assignor and his/her free act and deed, individually and in such capacity, this 13th day of August, 2007

_____
Notary Public
My commission expires: 12-23-07

This instrument prepared by:
Benjamin N. Hoen
WWR No. 10005316
Loan No. 0095058673



R. P. UMALI
Commission # 1453282
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2007

# EXHIBIT "A"
## DESCRIPTION OF LAND

Situated in the City of Cleveland, County of Cuyahoga, and State of Ohio,

And known as being Sublot No. 11 in the Wade's East Cleveland Allotment No. 3 of Original One Hundred Acre Lot No. 391, as shown by the recorded plat in Volume 5 of Maps, Page 35 of Cuyahoga County Records, and being 40 feet front on the Northerly side of Linwood Avenue, NE (formerly Gould Street), and extending back 118 feet 7-4/5 inches on the Westerly line, 118 feet 7-1/5 inches on the Easterly line, and being 40 feet in the rear, as appears by said Plat, be the same more or less, but subject to all legal highways.

PPN : 106-21-024
8107 Linwood Avenue
Cleveland, OH